UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Plaintiff | ) | CRIMINAL NO. 5:12-CR- 47-KKC |
| | ) | |
| v. | ) | |
| | ) | |
| ELIJAH WITT, JR., | ) | **ORDER** |
|     Defendant | ) | |

\* \* \* \* \* \* \* \* \*

This matter is before the Court on the Recommended Disposition of the Magistrate Judge. There having been no objections to the recommendation, it is hereby ORDERED that the Recommended Disposition (DE 29) is ADOPTED by the Court in its entirety.

Based upon the report filed by the examining psychologist Dr. Dawn Graney, the Magistrate Judge determined, pursuant to 42 U.S.C. § 4241(d), that the Defendant was currently incompetent to stand trial. Dr. Graney also opined that there was a "substantial probability" that the Defendant would attain competency in the "foreseeable future" with four continuous months of treatment. Thus, the Magistrate Judge recommended that Witt remain hospitalized for treatment for four months.

The four-month time period expired on September 30, 2012. Accordingly, the Court hereby ORDERS that the Defendant SHALL REMAIN at FCI Butner pending further orders of the Court so that a second psychological or psychiatric study may be conducted in accordance with 42 U.S.C. § 4241(d)(2) to determine whether the Defendant's mental condition is so improved that trial may proceed. The Court further hereby ORDERS that, on or before November 1, 2012, the examining psychologist or psychiatrist SHALL provide a report to the Court and all counsel to supplement the report previously made in accordance with 42 U.S.C. § 4247 (b) and (c).

Dated this 2nd day of October, 2012.



Signed By:
*Karen K. Caldwell*
United States District Judge